IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v. No. 4:13CR000064 JLH

MARC STORM

## FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 20). On November 15, 2013, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit his interest in the following property:

    a.    One Dell Inspiron 560 computer tower, Serial Number JKX1QN1, containing One Western Digital 1 TB hard drive; and

    b.    One Emachine T6216 Desktop computer, Serial Number GCD5810006603 containing One Western Digital 80 GB hard drive.

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 19). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on November 19, 2013 and ending on December 18, 2013. Further, the United States also notified all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this

Court authorize the United States Marshal or his designee to dispose of the property according to law.

It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this  14th  day of February, 2014.

_____
HONORABLE J. LEON HOLMES
UNITED STATES DISTRICT JUDGE